**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AGUSTINE ARROYO RADILLA,<br><br>            Petitioner,<br><br>    v.<br><br>CYNTHIA ENTZEL, Warden,<br><br>            Respondent. | Case No. ED CV 17-01357-VBF-SS<br><br>**ORDER ADOPTING THE R&R:**<br><br>DENYING PETITION AS MOOT,<br>DISMISSING ACTION WITHOUT<br>PREJUDICE,<br>TERMINATING THE CASE (JS-6) |

Pursuant to 28 U.S.C. § 636, the Court reviewed the habeas corpus petition and records herein, the Report & Recommendation, and petitioner's objections. Respondent has not filed a response to the objections within the time permitted by Fed. R. Civ. P. 72(b). Accordingly, the Court has conducted de novo review of the parts of the R&R to which petitioner specifically objected and clear-error review of the remainder of the R&R. The Court finds no error of law, fact, or logic in the R&R.

Accordingly, it is hereby ordered that:

Petitioner's objection [Doc #17] is OVERRULED.

The Report and Recommendation [Doc #16] is ADOPTED.

Respondent's Motion to Dismiss as Moot [Doc #14] is GRANTED.

The First Amended Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. Section 2241 [Doc #9] is DENIED as moot.

A separate judgment shall be entered dismissing this action without prejudice.

IT IS SO ORDERED.

Dated: June 1, 2018

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE