JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AGUSTINE ARROYO RADILLA, | Case No. ED CV 17-01357-VBF-SS |
| Petitioner, | |
| v. | **JUDGMENT** |
| CYNTHIA ENTZEL, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:  June 1, 2018

_Valerie Baker Fairbank_

_____

VALERIE BAKER FAIRBANK
Senior United States District Judge